UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

DROISE VALDES

CASE NO.: 18-15258-BKC-CLC
PROCEEDING UNDER CHAPTER 13

DEBTOR_____/

### TRUSTEE'S MOTION TO DISMISS AND
### CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __8/1/2023__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/ _Kenia Molina_
☑ Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Gianny Blanco, Esq.
   FLORIDA BAR NO: 78080

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-15258-BKC-CLC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**By Mail:**
**DEBTOR**
DROISE VALDES
15995 SW 53 TERR
MIAMI, FL 33185

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
6700 SW 38 STREET
MIAMI, FL 33155

```
***********************
***  FAX TX REPORT  ***
***********************

            TRANSMISSION OK

       JOB NO.                4396
       User Name              mlopez
       DESTINATION ADDRESS    13052661151
       SUBADDRESS
       DESTINATION ID
       ST. TIME               06/22 10:34
       TX/RX TIME             00'42
       PGS.                   1
       RESULT                 OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, FL 33027
(954) 443-4402
Fax (954) 443-4452

DATE: 06/22/2023

TO: RICARDO R. CORONA, ESQ

FROM: Michelle Lopez - Auditor

RE: 18-15258 Droise Valdes

AN AUDIT OF THIS CASE HAS REVEALED THE FOLLOWING PROBLEMS WHICH NEED TO BE RESOLVED. PLEASE REVIEW AND TAKE APPROPRIATE ACTION WITHIN **20 DAYS** OF THE DATE OF THIS LETTER IN ORDER TO AVOID A MOTION TO DISMISS. THANK YOU FOR YOUR COOPERATION.

ATTY FEES OVER SAFE HARBOR